# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LUCAS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 17-3005 |
| | : | |
| NANCY A. BERRYHILL, Acting | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

**AND NOW**, this 19th day of November, 2018, after careful and independent review of Plaintiff's Complaint (Doc. No. 1), the Commissioner's Answer (Doc. No. 7), the administrative record (Doc. No. 8), Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Doc. No. 9), the Commissioner's Response (Doc. No. 12), Magistrate Judge Sitarski's Report and Recommendation (Doc. No. 15), Plaintiff's Objections (Doc. No. 16), and the Commissioner's Response (Doc. No. 18), it is hereby **ORDERED** that:

1. Plaintiff's Objections (Doc. No. 16) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 9) is **DENIED**;

4. Judgment is entered **AFFIRMING** the decision of the Commissioner of Social Security; and

5. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.